Frank HUTCHISON, Plaintiff-Appellant,

v.

COMMERCIAL TRADING COMPANY,
INC., Defendant-Appellee.

No. 77–1585.

United States Court of Appeals,
Fifth Circuit.

Dec. 6, 1978.

Donald W. Keck, Dallas, Tex., for plaintiff-appellant.

Joel W. Cook, Barry Allan Brown, Houston, Tex., Franklin H. Perry, Dallas, Tex., for defendant-appellee.

Before THORNBERRY, AINSWORTH and MORGAN, Circuit Judges.

PER CURIAM:

AFFIRMED on the basis of the District Court's memorandum and order of dismissal dated January 31, 1977 (427 F.Supp. 662 (N.D.Tex.1977). *See also Houston Furniture Distributors, Inc. v. Bank of Woodlake, N.A.,* 562 S.W.2d 880 (Houston [1st Dist.] 1978, no writ); *American Century Mortgage Investors v. Regional Center Ltd.,* 529 S.W.2d 578 (Dallas 1975, writ ref'd n. r. e.).

GULF STATES MANUFACTURERS,
INC., Petitioner, Cross-Respondent,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent,
Cross-Petitioner.

No. 77–2406.

United States Court of Appeals,
Fifth Circuit.

Dec. 18, 1978.

James F. Smith, Gary R. Kessler, Atlanta, Ga., for Gulf States.

Elliott Moore, Deputy Associate Gen. Counsel, John S. Irving, Gen. Counsel, John E. Higgins, Jr., Deputy Gen. Counsel, Carl L. Taylor, Associate Gen. Counsel, Marion Griffin, Jesse I. Etelson, Attys., N. L. R. B., Washington, D.C., for N. L. R. B.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion September 15, 1978, 5 Cir.,
1978, 579 F.2d 1298).

Before BROWN, Chief Judge, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN and VANCE, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.